## BENJAMIN V. THE STATE. .

### *Murder.*

(Decided June 30, 1906.· 41 So. Rep. 7391.)

APPEAL from Montgomery City Court.
Heard before Hon. W. H. THOMAS.
L. A. SANDERSON, for appellant.
MASSEY WILSON, Attorney General, for State.
Reversed and remanded.
Opinion by DENSON, J.
TYSON, DOWDELL and ANDERSON, JJ., concur.

---

## CARROLL, ET AL. V. FULTON, ET AL.      .

### *Bill for Partition.* ·

(Decided June 30, 1905.  41 So. Rep. 741.)

APPEAL from Geneva Chancery Court.
Heard before Hon. W. L. PARKS.
R. H. WALKER, for appellants.
W. O. MULKEY and C. D. CARMICHAEL, for appellees.
Reversed and rendered.
Opinion by MCCLELLAN, C. J.
WEAKLEY, C. J., HARALSON, DOWDELL and DENSON, JJ., concur.

---

## A. G. RHODES & SON FURNITURE CO. V. CHARLESTON.

### *Trespass to Realty.*

(Decided June 30, 1906.  41 So. Rep. 746.)

APPEAL from Montgomery City Court.
Heard before Hon. A. D. SAYRE.
L. A. SANDERSON, for appellant..
MARK D. BRAINARD, for appellee.
Affirmed.
Opinion by DENSON, J.
WEAKLEY, C. J., HARALSON and DOWDELL, JJ., concur.